**98–1966.  Klever v. Canton Sachsenheim, Inc.**

Stark App. No. 1998CA0010.  On review of order certifying a conflict.  The court determines that a conflict exists;  the parties are to brief the issue stated in the court of appeals' Judgment Entry filed September 14, 1998:

"Upon proper motion by Canton Sachsenheim, Inc. and for the cases cited within its Motion to Certify Conflict, particularly the decision by the Eighth Appellate District in *Lee v. Peabody's Inc.*

(June 9, 1994), Cuyahoga County Court of Appeals No. 65090, unreported, 1994 WL 258640, this court hereby finds that a conflict does exist between the appellate districts of Ohio and the following question is certified to the Ohio Supreme Court for its review:

"Does an adult, who is between 18 and 21 years of age, state a claim for relief against a liquor permit holder under Ohio Revised Code § 4399.18 and § 4301.22 when the adult has become voluntarily intoxicated and incurred self-inflicted injuries or death?"

RESNICK and F.E. SWEENEY, JJ., dissent.